# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

CHAMBERS OF
STANLEY R. CHESLER
JUDGE

SENATOR FRANK R. LAUTENBERG BUILDING
UNITED STATES COURTHOUSE AND POST OFFICE
P.O. BOX 999
NEWARK, N.J. 07101-0999
(973) 645-3136

November 7, 2012

Andrew R. Bronsnick, Esq.
Law Offices of Joseph A Massood
50 Packanack Lake Road East
Wayne, New Jersey  07470-6663

    Re:   ***NORTHERN NEW JERSEY ORTHOPAEDIC SPECIALISTS, PA. et al v. HEALTH NET OF NEW JERSEY, INC. et al***
          **Civil Action No. 12-6257 (SRC)**

Dear Counsel:

No opposition has been received to the following motion pending in this action:

    1.    MOTION to Dismiss by HEALTH NET OF NEW JERSEY, INC.  (Docket Entry No. 4).

The return date for this motion will be adjourned to **December 3, 2012,** allowing you an extension to submit any opposition.  Your opposition, if any, to this motion is due on **November 19, 2012.**  If you choose not to submit any opposition by that date, the motion will be deemed unopposed and will be disposed of accordingly.

The moving parties are hereby notified of the changed return date and will have until **November 26, 2012** to submit a reply.

The parties are advised that this motion will be decided on the papers, without oral argument, unless the Court notifies otherwise.

Very truly yours,

    s/
STANLEY R. CHESLER
United States District Judge

cc:    Clerk
       All parties