**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NORTHERN NEW JERSEY ORTHOPAEDIC SPECIALISTS, PA., MARC A. COHEN, MD.; BERGEN ANESTHESIA & PAIN MANAGEMENT; MICHAEL D. MOST, M.D.; a/s/o ERIC COBB<br><br>　　　　　　　　　　Plaintiff(s),<br><br>v.<br><br>HEALTH NET OF NEW JERSEY, INC.; ABC CORP. (1-10) (Said names being fictitious and unknown entities)<br><br>　　　　　　　　　　Defendant(s), | CIVIL ACTION NO.: 2:12-cv-06257-SRC-CLW<br><br>**CIVIL ACTION**<br><br>**STIPULATION TO FILE AMENDED COMPLAINT** |

　　IT IS HEREBY STIPULATED pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiffs, Northern New Jersey Orthopaedic Specialists, PA., Marc A. Cohen, MD a/s/o Eric Cobb; Bergen Anesthesia & Pain Management Michael D. Most, MD a/s/o Eric Cobb ("Plaintiffs") and Defendant Health Net of New Jersey, ("Health Net") that Plaintiffs are granted leave to file an Amended Complaint in the form agreed to by counsel for the parties.

　　FURTHER, IT IS HEREBY STIPULATED BY the parties that Health Net reserves all rights and affirmative defenses with respect to the proposed Amended Complaint.

　　　　　　　　　　　　　　　　　　　By:　　s/ Andrew R. Bronsnick
　　　　　　　　　　　　　　　　　　　　　　Andrew R. Bronsnick, Esq.
　　　　　　　　　　　　　　　　　　　　　　MASSOOD & BRONSNICK, LLC
　　　　　　　　　　　　　　　　　　　　　　50 Packanack Lake Road East
　　　　　　　　　　　　　　　　　　　　　　Wayne, New Jersey  07470
　　　　　　　　　　　　　　　　　　　　　　Telephone:  (973) 696-1900
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

Massood & Bronsnick, LLC
Attorneys at Law

By:   <u>s/ Christine S. Orlando</u>
      Christine S. Orlando, Esq.
      CONNELL FOLEY, LLP
      457 Haddonfield Road, Suite 230
      Telephone:   (856) 317-7100
      *Attorneys for Defendant, Health Net of New Jersey*

Dated:  November 28, 2012

f:\wp51\majormed\cohen\cobb\stip and consent order 11.9.12.docx