IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NORTHERN NEW JERSEY ORTHOPAEDIC SPECIALISTS, P.A.; MARC A. COHEN, M.D.; BERGEN ANESTHESIA & PAIN MANAGEMENT; MICHAEL D. MOST, M.D. a/s/o E.C.,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTH NET OF NEW JERSEY, INC.; ABC CORP. 1-10 (said names being fictitious and unknown entities),<br><br>Defendant(s). | CIVIL ACTION NO.: 12-06257-SRC-CLW |

## NOTICE OF MOTION

To:  Andrew Bronsnick, Esquire
MASSOOD & BRONSNICK
50 Packanack Lake Road East
Wayne, NJ 07470
*Attorneys for Plaintiffs*

**PLEASE TAKE NOTICE** that on September 16, 2013, at 9:00 a.m., or as soon thereafter as counsel can be heard, the undersigned counsel for Defendant Health Net of New Jersey ("Health Net") shall move before the United States District Court District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey for an Order granting Summary Judgment in its favor and against Plaintiffs Northern New Jersey Orthopaedic Specialists, Marc A. Cohen, M.D., Bergen Anesthesia & Pain Management and Michael D. Most, M.D.

**PLEASE TAKE FURTHER NOTICE** that Health Net shall rely upon the enclosed Memorandum of Law, Certifications and Exhibits in support of this Motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is attached hereto.

>                             CONNELL FOLEY LLP
>                             Liberty View
>                             457 Haddonfield Rd., Ste. 230
>                             Cherry Hill, New Jersey 08002
>                             (856) 317-7100
>                             *Attorneys for Defendant*
>                             *Health Net of New Jersey*
>
>                    BY:    /s/ *Matthew A. Baker*
>                             Matthew A. Baker, Esquire

DATE:    August 23, 2013