## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NORTHERN NEW JERSEY ORTHOPAEDIC SPECIALISTS, P.A.; MARC A. COHEN, M.D.; BERGEN ANESTHESIA & PAIN MANAGEMENT; MICHAEL D. MOST, M.D. a/s/o E.C., | |
| Plaintiffs, | CIVIL ACTION NO.: 12-06257-SRC-CLW |
| v. | |
| HEALTH NET OF NEW JERSEY, INC.; ABC CORP. 1-10 (said names being fictitious and unknown entities), | |
| Defendant(s). | |

## ORDER

**THIS MATTER** having been opened to the Court by Matthew A. Baker, Esquire, of law firm of Connell Foley, LLP, attorneys for Defendant Health Net of New Jersey, and this Court having considered the papers submitted in support of and in opposition to this Motion, if any; and this Court having considered the arguments of counsel; and for good cause shown;

**IT IS** on this____ day of _____, 2013, **ORDERED** that the Motion for Summary Judgment is hereby **GRANTED** in favor of Defendant Health Net of New Jersey and against Plaintiffs Northern New Jersey Orthopaedic Specialists, Marc A. Cohen, M.D., Bergen Anesthesia & Pain Management and Michael D. Most, M.D.; and

**IT IS FURTHER ORDERED** that counsel for Defendant Health Net of New Jersey shall serve copy of this Order on all counsel within _____ days of the date of this Order.


[ ] OPPOSED

[ ] UNOPPOSED

_____
, U.S.D.J.