# EXHIBIT

# C



**HEALTH NET**
of NEW JERSEY, INC.
90 Matawan Road 5th Floor
Matawan, NJ 07747



| | |
|---|---|
| Patient: | |
| Subscriber: | |
| Health Net ID: | |
| Plan: | Charter POS |
| Plan Year: | 01/01/2010 -12/31/2010 |
| Client Number: | A29986 |
| Process Date: | 04/09/2010 |

**Patient's Responsibility**

| | |
|---|---|
| Deductible: | 0.00 |
| Coinsurance: | 0.00 |
| Copay Amount: | 0.00 |
| Not Covered: | -2,028.28 |
| Provider May Bill You: | -2,028.28 |

**Health Net Paid**

| | |
|---|---|
| Payment Amount: | 2028.28 |

616191  F008  2015 1OZ   1/2 -------  1008

---

# Explanation of Benefits
## ~THIS IS NOT A BILL~
## ~RETAIN FOR PERSONAL TAX AND MEDICAL RECORDS~

---

*Go paperless!  View this document easily and conveniently on our secure website.  Sign up today at www.healthnet.com and choose to receive email notifications whenever a new Explanation of Benefits is available.  Already registered online?  Simply change your delivery preferences at www.healthnet.com > Manage my account.*

This detail explanation will clarify your payment responsibilities or reimbursement. Please see reverse side for important additional information and telephone numbers.

Questions?
Please contact us at www.healthnet.com or at One Far Mill Crossing P.O. BOX 904 Shelton, CT 06484 or call us at (800) 441-5741.

- If you are covered by more than one carrier for medical benefits, file all claims with each carrier and provide each with information regarding all of the coverage you have.

- If you believe there has been fraud, waste or abuse, in relation to your health coverage, please contact Health Net at **1-800-747-0877**.  All calls will be kept confidential, and you may remain anonymous if you choose.

## UNDERSTANDING YOUR EXPLANATION OF BENEFITS   PAGE   2

| | |
|---|---|
| CLAIM # | The Health Net reference number assigned to the claim. |
| DATE(S) OF SERVICE | Indicates the date or range of dates on which you received the service. |
| SERVICE | Brief description of the service provided (i.e.; Office Visit) |
| BILLED CHARGES | The full amount billed by the physician or provider for the service. |
| NOT COVERED | Charges that are not covered by the plan, such as: the difference between BILLED CHARGES and ALLOWED CHARGES; the penalty for failing to obtain prior authorization on required services; or services not covered by your Health Net plan.  This portion is your responsibility to pay. |
| REDUCTIONS | An adjustment made by Health Net to the BILLED CHARGES.  You are not responsible for this amount. If you are billed for this amount, do not pay the provider – contact Customer Service at the phone number located on the first page of this Explanation of Benefits. |
| ALLOWED CHARGES | Total BILLED CHARGES minus any NOT COVERED charges and REDUCTIONS equals the ALLOWED CHARGES. |
| OTHER INSURANCE | The amount paid by another insurance carrier, if applicable. The OTHER INSURANCE amount is subtracted from the ALLOWED CHARGES and may reduce your payment responsibility. |
| DEDUCTIBLE | Where applicable, the amount that is set by your plan that is your responsibility to pay before Health Net begins to pay benefits.  This amount is applied to the yearly deductible.  Please see the bottom of the statement for the individual and family deductible amount met to date. |
| COINSURANCE | Where applicable, the percentage set by your plan of ALLOWED CHARGES that you are responsible for paying. |
| COPAY | Where applicable, the dollar amount set by your plan that you pay a provider or facility. |
| HEALTH NET PAID | The amount paid by Health Net. It is the amount remaining after applicable OTHER INSURANCE, DEDUCTIBLE, COINSURANCE, and COPAY amounts have been subtracted from the ALLOWED CHARGES.  Note:  Health Net may be required to pay a non-participating physician/provider directly.  If Health Net pays the non-participating physician/provider directly and you have already paid the non-participating physician/provider for the service(s), the non-participating physician/provider is obligated to refund any duplicate payment. Contact the non-participating physician/provider directly with questions about any refund. |
| MEMBER PAYS | Total amount you are responsible for paying to the physician/provider.  This includes any applicable NOT COVERED, DEDUCTIBLE, COINSURANCE, and COPAY amount. |
| REMARK CODE(S) | The remark code and its corresponding explanation (which can be found at the bottom of the statement) provide a detailed explanation for the payment or denial for this service. |
| INTEREST | Interest paid as applicable, based upon applicable state and federal laws. |

### New Jersey Notice of Appeal and Grievance Rights

**MEDICAL NECESSITY ISSUES** (Denial of coverage for Medical Necessity reasons) If you disagree with this determination, you, or your designee (with specific written consent from you) may initiate an appeal within one hundred eighty (180) calendar days of the receipt of the Explanation of Benefits setting forth the determination. To initiate the Health Net appeal process, please either call Health Net at 1-888-747-8494 or submit written comments, documents and other information relevant to the appeal to: Health Net, One Far Mill Crossing, P.O. Box 857, CT 110-05-06, Shelton, CT 06484-0857, Attn: Clinical Appeals.

**~INTERNAL & EXTERNAL APPEAL:** Health Net will process your first level appeal within five (5) business days of its receipt. At any level of appeal you have the right to representation by anyone of your choosing. If the denial is upheld at the first level, you may request a second level Internal appeal, the process for which will be described in your first level decision letter.  If you are still dissatisfied with Health Net's decision on a second level appeal, you will be afforded the opportunity to have your appeal heard by an external review agency.  The steps you must take to do so will be explained in the second level decision letter.  External appeals are not available to enrollees in workers' compensation, or self-funded plans. Additionally, you have the right to contact the New Jersey Department of Banking and Insurance at 1-609-292-5360 at any time, if you are dissatisfied with Health Net's handling of your issue.

**~EXPEDITED APPEALS:** Health Net will provide an expedited appeal for medical conditions that require urgent care.  You may request such an expedited appeal by calling the appropriate number listed above.  If your condition warrants, Health Net will process your appeal within thirty-six (36) hours.

**GRIEVANCES/COMPLAINTS: (For complaints for any reason other than medical necessity )** If you disagree with this determination, you, or your designee (with specific written consent from you) may initiate a grievance within one hundred eighty (180) calendar days from your receipt of this Explanation of Benefits.  To initiate the Health Net grievance process, please either call Health Net at 1-888-747-8494 or submit written comments, documents and other information relevant to the grievance to the address below.  Health Net will process your grievance within thirty (30) calendar days of its receipt. The written request for a determination should be sent to: Health Net, One Far Mill Crossing, P.O. Box 904, CT 110-05-05, Shelton, CT 06484-0860.

You have the right to contact the New Jersey Department of Banking and Insurance at 1-609-292-5360 at any time, if you are dissatisfied with Health Net's handling of your issue.

**~EXPEDITED GRIEVANCES/COMPLAINTS:** Health Net will provide an expedited review where necessary.  You may request such an expedited review by calling the appropriate number listed above.  If your condition warrants, Health Net will process your grievance within thirty-six (36) hours.

**REQUESTS FOR ADDITIONAL INFORMATION:** Please note that the time frames described above will be expanded where Health Net requests additional information that is necessary to decide your appeal.

You have the right to contact the New Jersey Department of Banking and Insurance at 1-609-292-5360 at any time, if you are dissatisfied with Health Net's handling of your issue.

### Denied Claims – Your Rights Under ERISA:

If your claim has been denied, you can find the terms supporting the denial in your evidence of coverage issued to you by Health Net. The applicable guidelines and clinical rationale used in making this decision are available upon request at no charge to you.  If your health coverage is provided through an employer and your employer is not a church or a governmental organization (like a school district, city, state, or board of education) or a union, you may have the right to bring a civil action under Section 502(a) of the Employee Retirement Income Security Act, if all required reviews of your claim have been completed and your claim has not been approved.

COBB000054



**Health Net**
www.Healthnet.com
HEALTH NET
of NEW JERSEY, INC.
90 Matawan Road 5th Floor
Matawan, NJ 07747

V.1 2009

Page: 5

Patient:
Subscriber:
Health Net ID:
Plan:
Plan Year:                    Charter POS
                              01/01/2009 -12/31/2009
Client Number:                A29986
Process Date:                 10/02/2009

Revised document any questions contact Customer Service at 1-800-441-5741

**EXPLANATION OF BENEFITS**

**THIS IS NOT A BILL - RETAIN FOR PERSONAL TAX AND MEDICAL RECORDS**

Provider Name:      Dannette V. Marin, RN
Provider ID:        ZJ2399
Claim#:             200905044611555892

| Date(s) of Service | Billed Charges | Not Covered | Reductions | Allowed Charges | Deductible | Coinsurance | Copay | Health Net Paid | Member Pays | Remark Codes |
|---|---|---|---|---|---|---|---|---|---|---|
| Service: Surgical Services | | | | | | | | | | |
| 05/04/2009 | 324.25 | 0.00 | 324.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | PW |
| Service: Surgical Services | | | | | | | | | | |
| 05/04/2009 | 3,386.00 | 0.00 | 3,386.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | PW |
| Service: Surgical Services | | | | | | | | | | |
| 05/04/2009 | 3,257.50 | 0.00 | 3,257.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | PW |
| Claims Sub Total | 6,967.75 | 0.00 | 6,967.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Total | 6,967.75 | 0.00 | 6,967.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

**Explanation Of Remark Codes**
PW      THIS CLAIM HAS BEEN DENIED DUE TO THE FACT THAT WE HAVE NEVER RECEIVED A RELATED BILL FROM THE HOSPITAL. WE
        WILL REVIEW AND PROCESS YOUR CLAIM AS SOON AS THE HOSPITAL BILL IS RECEIVED.

| Member Deductible to Date | Family Deductible to Date | Member Coinsurance to Date | Family Coinsurance to Date | Health Net Paid to Date |
|---|---|---|---|---|
| 98.00 | 98.00 | 0.00 | 0.00 | 809.50 |



COBB000055

COBB000056



**Health Net®**
www.healthnet.com
HEALTH NET
of NEW JERSEY, INC.
90 Matawan Road 5th Floor
Matawan, NJ 07747

V.1 2009

**EXPLANATION OF BENEFITS**

**THIS IS NOT A BILL - RETAIN FOR PERSONAL TAX AND MEDICAL RECORDS**

Page: 3

| | |
|---|---|
| Patient: | |
| Subscriber: | |
| Health Net ID: | |
| Plan: | Charter POS |
| Plan Year: | 01/01/2010 -12/31/2010 |
| Client Number: | A29986 |
| Process Date: | 04/09/2010 |

Provider Name:  Danilo c. Mangunay, MD
Provider ID:  ZL2513
Claim#:  20100202513316736

| Date(s) of Service | Billed Charges | Not Covered | Reductions | Allowed Charges | Deductible | Coinsurance | Copay | Health Net Paid | Member Pays | Remark Codes |
|---|---|---|---|---|---|---|---|---|---|---|
| Service: Neurology Procedure | | | | | | | | | | |
| 02/02/2010 | 707.00 | 0.00 | 707.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6C |
| Service: Neurology Procedure | | | | | | | | | | |
| 02/02/2010 | 0.00 | -707.00 | 0.00 | 707.00 | 0.00 | 0.00 | 0.00 | 707.00 | -707.00 | |
| Service: Neurology Procedure | | | | | | | | | | |
| 02/02/2010 | 0.00 | 0.00 | 679.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6C |
| Service: Neurology Procedure | | | | | | | | | | |
| 02/02/2010 | 679.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6C |
| Service: Neurology Procedure | | | | | | | | | | |
| 02/02/2010 | 0.00 | -660.64 | 0.00 | 660.64 | 0.00 | 0.00 | 0.00 | 660.64 | -660.64 | B |
| Service: Neurology Procedure | | | | | | | | | | |
| 02/02/2010 | 790.00 | 0.00 | 790.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6C |



COBB000057

V.1 2009

**HealthNet**
www.healthnet.com
HEALTH NET OF NEW JERSEY, INC.
of NEW JERSEY, INC.
90 Matawan Road 5th Floor
Matawan, NJ 07747

# EXPLANATION OF BENEFITS

Page: 4

Patient:
Subscriber:
Health Net ID:
Plan:                              Charter POS
Plan Year:          01/01/2010 -12/31/2010
Client Number:                    A29986
Process Date:                   04/09/2010

COBB000058

## Claim continued from previous page:

### Claim # 201002025131673 6

| Date(s) of Service | Billed Charges | Not Covered | Reductions | Allowed Charges | Deductible | Coinsurance | Copay | Health Net Paid | Member Pays | Remark Codes |
|---|---|---|---|---|---|---|---|---|---|---|
| Service: Neurology Procedure | | | | | | | | | | |
| 02/02/2010 | 0.00 | -660.64 | 0.00 | 660.64 | 0.00 | 0.00 | 0.00 | 660.64 | -660.64 | B |
| Claims Sub Total | 2,176.00 | -2,028.28 | 2,176.00 | 2,028.28 | 0.00 | 0.00 | 0.00 | 2,028.28 | -2,028.28 | |
| Total | 2,176.00 | -2,028.28 | 2,176.00 | 2,028.28 | 0.00 | 0.00 | 0.00 | 2,028.28 | -2,028.28 | |

## Explanation Of Remark Codes

6C      CHARGE DISALLOWED. THIS CODE HAS BEEN CHANGED TO A MORE APPROPRIATE CODE BASED ON THE CIRCUMSTANCES.

B       FOR COVERED SERVICES, THE MBR IS RESP FOR APPLICABLE COPAY/DEDUCTIBLE/COINSURANCE. ALSO, IF THE PROVIDER'S
        BILLED AMOUNTEXCEEDS HEALTH NET'S ALLOWED AMOUNT, MBR IS RESP FOR THE DIFFERENCE.

| Member Deductible to Date | Family Deductible to Date | Member Coinsurance to Date | Family Coinsurance to Date | Health Net Paid to Date |
|---|---|---|---|---|
| 1,000.00 | 1,000.00 | 3,000.00 | 3,000.00 | 84,930.32 |



**Health Net**
www.healthnet.com
HEALTH NET
of NEW JERSEY, INC.
90 Matawan Road 5th Floor
Matawan, NJ 07747

Revised document any questions contact Customer Service at 1-800-441-5741

**EXPLANATION OF BENEFITS**

**THIS IS NOT A BILL - RETAIN FOR PERSONAL TAX AND MEDICAL RECORDS**

Page: 5

Patient:
Subscriber:
Health Net ID:
Plan: Charter POS
Plan Year: 01/01/2009 -12/31/2009
Client Number: A29986
Process Date: 10/02/2009

Provider Name: Marc A. Cohen, MD
Provider ID: Z13293
Claim#: 200905044615891

| Date(s) of Service | Billed Charges | Not Covered | Reductions | Allowed Charges | Deductible | Coinsurance | Copay | Health Net Paid | Member Pays | Remark Codes |
|---|---|---|---|---|---|---|---|---|---|---|
| Service: Surgical Services | | | | | | | | | | |
| 05/04/2009 | 1,297.00 | 0.00 | 1,297.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | PW |

Provider Name: Marc A. Cohen, MD
Provider ID: Z13293
Claim#: 200905044615891

| Date(s) of Service | Billed Charges | Not Covered | Reductions | Allowed Charges | Deductible | Coinsurance | Copay | Health Net Paid | Member Pays | Remark Codes |
|---|---|---|---|---|---|---|---|---|---|---|
| Service: Surgical Services | | | | | | | | | | |
| 05/04/2009 | 13,544.00 | 0.00 | 13,544.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | PW |
| Service: Surgical Services | | | | | | | | | | |
| 05/04/2009 | 13,030.00 | 0.00 | 13,030.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | PW |

| | Billed Charges | Not Covered | Reductions | Allowed Charges | Deductible | Coinsurance | Copay | Health Net Paid | Member Pays | Remark Codes |
|---|---|---|---|---|---|---|---|---|---|---|
| Claims Sub Total | 27,871.00 | 0.00 | 27,871.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

Provider Name: Marc A. Cohen, MD
Provider ID: Z13293
Claim#: 200905044615891

| Date(s) of Service | Billed Charges | Not Covered | Reductions | Allowed Charges | Deductible | Coinsurance | Copay | Health Net Paid | Member Pays | Remark Codes |
|---|---|---|---|---|---|---|---|---|---|---|
| Service: Surgical Services | | | | | | | | | | |
| 05/04/2009 | 1,297.00 | 0.00 | 1,297.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | PW |

V.1 2009



**EXPLANATION OF BENEFITS**

Page: 6

HEALTH NET
of NEW JERSEY, INC.
90 Matawan Road 5th Floor
Matawan, NJ 07747

www.healthnet.com
Health Net®

Patient:
Subscriber:
Health Net ID:
Plan:                     Charter POS
Plan Year:        01/01/2009 - 12/31/2009
Client Number:            A29986
Process Date:             10/02/2009

Claim continued from previous page:

Claim # 2009050446169645

| Date(s) of Service | Billed Charges | Not Covered | Reductions | Allowed Charges | Deductible | Coinsurance | Copay | Health Net Paid | Member Pays | Remark Codes |
|---|---|---|---|---|---|---|---|---|---|---|
| Service: Surgical Services | | | | | | | | | | |
| 05/04/2009 | 11,095.00 | 0.00 | 11,095.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | PW |
| Service: Surgical Services | | | | | | | | | | |
| 05/04/2009 | 3,449.00 | 0.00 | 3,449.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | PW |
| Service: Surgical Services | | | | | | | | | | |
| 05/04/2009 | 12,000.00 | 0.00 | 12,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | PW |
| Service: Surgical Services | | | | | | | | | | |
| 05/04/2009 | 3,859.00 | 0.00 | 3,859.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | PW |
| Service: Surgical Services | | | | | | | | | | |
| 05/04/2009 | 10,131.00 | 0.00 | 10,131.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | PW |
| Service: Surgical Services | | | | | | | | | | |
| 05/04/2009 | 4,796.00 | 0.00 | 4,796.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | PW |
| Service: Surgical Services | | | | | | | | | | |
| Claims Sub Total | 46,627.00 | 0.00 | 46,627.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |



**Health Net®**
www.healthnet.com
HEALTH NET, INC.
of NEW JERSEY, INC.
90 Matawan Road 5th Floor
Matawan, NJ 07747

# EXPLANATION OF BENEFITS

Page: 7

Patient:
Subscriber:
Health Net ID:
Plan: Charter POS
Plan Year: 01/01/2009 - 12/31/2009
Client Number: A29986
Process Date: 10/02/2009

**Provider Name:** Marc A. Cohen, MD
**Provider ID:** ZI3293
**Claim#:** 200907214646435538

| Date(s) of Service: Office Visits | Billed Charges | Not Covered | Reductions | Allowed Charges | Deductible | Coinsurance | Copay | Health Net Paid | Member Pays | Remark Codes |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/21/2009 | 130.00 | 0.00 | 130.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | IS JK |
| Claims Sub Total | 130.00 | 0.00 | 130.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Total | 74,628.00 | 0.00 | 74,628.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

**Explanation Of Remark Codes**

PW    THIS CLAIM HAS BEEN DENIED DUE TO THE FACT THAT WE HAVE NEVER RECEIVED A RELATED BILL FROM THE HOSPITAL. WE WILL REVIEW AND PROCESS YOUR CLAIM AS SOON AS THE HOSPITAL BILL IS RECEIVED.

IS    THIS IS A DUPLICATE SERVICE PREVIOUSLY CONSIDERED. IF PAYMENT WAS MADE TO YOU DIRECTLY, PLEASE FORWARD PAYMENT TO THE PHYSICIAN/PROVIDER IF YOU HAVE NOT ALREADY DONE SO.

JK    CHARGE DENIED. ONLY ONE OFFICE/HOSPITAL VISIT CHARGE ALLOWED PER DATE OF SERVICE.

| Member Deductible to Date | Family Deductible to Date | Member Coinsurance to Date | Family Coinsurance to Date | Health Net Paid to Date |
|---|---|---|---|---|
| 98.00 | 98.00 | 0.00 | 0.00 | 809.50 |

V.1 2009

PAGE   1

**Health Net**
www.Healthnet.com
HEALTH NET
of NEW JERSEY, INC.
90 Matawan Road 5th Floor
Matawan, NJ 07747

Patient:
Subscriber:
Health Net ID:
Plan:                                              Charter
Plan Year:            01/01/2010 -12/31/2010
Client Number:                      A29986
Process Date:                      05/14/2010

620957  F01K  4717 2OZ   1/6 ------- 787

### Patient's Responsibility

| | |
|---|---:|
| Deductible: | 0.00 |
| Coinsurance: | 0.00 |
| Copay Amount: | 0.00 |
| Not Covered: | 73,208.00 |
| Provider May Bill You: | 73,208.00 |

### Health Net Paid

| | |
|---|---:|
| Payment Amount: | 0.00 |

# Explanation of Benefits
## ~THIS IS NOT A BILL~
## ~RETAIN FOR PERSONAL TAX AND MEDICAL RECORDS~

*Go paperless!*  *View this document easily and conveniently on our secure website.  Sign up today at www.healthnet.com and choose to receive email notifications whenever a new Explanation of Benefits is available.  Already registered online?  Simply change your delivery preferences at www.healthnet.com > Manage my account.*

This detail explanation will clarify your payment responsibilities or reimbursement. Please see reverse side for important additional information and telephone numbers.

Questions?
Please contact us at www.healthnet.com or at One Far Mill Crossing P.O. BOX 904 Shelton, CT 06484 or call us at (800) 441-5741.

• If you are covered by more than one carrier for medical benefits, file all claims with each carrier and provide each with information regarding all of the coverage you have.

• If you believe there has been fraud, waste or abuse, in relation to your health coverage, please contact Health Net at **1-800-747-0877**.  All calls will be kept confidential, and you may remain anonymous if you choose.

V.1 2009

COBB000021

COBB000022

**HealthNet**
www.healthnet.com

HEALTH NET
of NEW JERSEY, INC.
90 Matawan Road 5th Floor
Matawan, NJ 07747



Copy

## EXPLANATION OF BENEFITS
## THIS IS NOT A BILL - RETAIN FOR PERSONAL TAX AND MEDICAL RECORDS

Page: 3

Patient:
Subscriber:
Health Net ID:
Plan:                                    Charter
Plan Year:          01/01/2010 - 12/31/2010
Client Number:                        A29986
Process Date:                      05/14/2010

Provider Name: Marc A. Cohen, MD
Provider ID:      ZI3293
Claim#:         20100202526877665

| Date(s) of Service | Billed Charges | Not Covered | Reductions | Allowed Charges | Deductible | Coinsurance | Copay | Health Net Paid | Member Pays | Remark Codes |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/02/2010 Service: Surgical Services | 1,655.00 | 1,655.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,655.00 | NX |
| 02/02/2010 Service: Surgical Services | 1,297.00 | 1,297.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,297.00 | NX IS |
| 02/02/2010 Service: Surgical Services | 29,154.00 | 29,154.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 29,154.00 | NX |
| 02/02/2010 Service: Surgical Services | 15,344.00 | 15,344.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15,344.00 | NX |
| 02/02/2010 Service: Surgical Services | 23,758.00 | 23,758.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 23,758.00 | NX |



COBB000023

V.1 2009

COBB000024

**Health Net**
www.Healthnet.com
HEALTH NET
of NEW JERSEY, INC.
90 Matawan Road 5th Floor
Matawan, NJ 07747

| | |
|---|---|
| Patient: | |
| Subscriber: | |
| Health Net ID: | |
| Plan: | Charter POS |
| Plan Year: | 01/01/2010 -12/31/2010 |
| Client Number: | A29986 |
| Process Date: | 03/04/2010 |

610975  F007  4693  1OZ  1/2 --------  2347

### Patient's Responsibility

| | |
|---|---|
| Deductible: | 0.00 |
| Coinsurance: | 0.00 |
| Copay Amount: | 0.00 |
| Not Covered: | 73,208.00 |
| Provider May Bill You: | 73,208.00 |

### Health Net Paid

| | |
|---|---|
| Payment Amount: | 0.00 |

## Explanation of Benefits
### ~THIS IS NOT A BILL~
### ~RETAIN FOR PERSONAL TAX AND MEDICAL RECORDS~

*Go paperless!* *View this document easily and conveniently on our secure website. Sign up today at www.healthnet.com and choose to receive email notifications whenever a new Explanation of Benefits is available. Already registered online? Simply change your delivery preferences at www.healthnet.com > Manage my account.*

This detail explanation will clarify your payment responsibilities or reimbursement. Please see reverse side for important additional information and telephone numbers.

Questions?
Please contact us at www.healthnet.com or at One Far Mill Crossing P.O. BOX 904 Shelton, CT 06484 or call us at (800) 441-5741.

- If you are covered by more than one carrier for medical benefits, file all claims with each carrier and provide each with information regarding all of the coverage you have.

- If you believe there has been fraud, waste or abuse, in relation to your health coverage, please contact Health Net at **1-800-747-0877**. All calls will be kept confidential, and you may remain anonymous if you choose.

COBB000025

## UNDERSTANDING YOUR EXPLANATION OF BENEFITS     PAGE   2

| CLAIM # | The Health Net reference number assigned to the claim. |
|---|---|
| DATE(S) OF SERVICE | Indicates the date or range of dates on which you received the service. |
| SERVICE | Brief description of the service provided (i.e.; Office Visit) |
| BILLED CHARGES | The full amount billed by the physician or provider for the service. |
| NOT COVERED | Charges that are not covered by the plan, such as: the difference between BILLED CHARGES and ALLOWED CHARGES; the penalty for failing to obtain prior authorization on required services; or services not covered by your Health Net plan.  This portion is your responsibility to pay. |
| REDUCTIONS | An adjustment made by Health Net to the BILLED CHARGES. You are not responsible for this amount. If you are billed for this amount, do not pay the provider – contact Customer Service at the phone number located on the first page of this Explanation of Benefits. |
| ALLOWED CHARGES | Total BILLED CHARGES minus any NOT COVERED charges and REDUCTIONS equals the ALLOWED CHARGES. |
| OTHER INSURANCE | The amount paid by another insurance carrier, if applicable. The OTHER INSURANCE amount is subtracted from the ALLOWED CHARGES and may reduce your payment responsibility. |
| DEDUCTIBLE | Where applicable, the amount that is set by your plan that is your responsibility to pay before Health Net begins to pay benefits.  This amount is applied to the yearly deductible.  Please see the bottom of the statement for the individual and family deductible amount met to date. |
| COINSURANCE | Where applicable, the percentage set by your plan of ALLOWED CHARGES that you are responsible for paying. |
| COPAY | Where applicable, the dollar amount set by your plan that you pay a provider or facility. |
| HEALTH NET PAID | The amount paid by Health Net. It is the amount remaining after applicable OTHER INSURANCE, DEDUCTIBLE, COINSURANCE, and COPAY amounts have been subtracted from the ALLOWED CHARGES.  Note:  Health Net may be required to pay a non-participating physician/provider directly.  If Health Net pays the non-participating physician/provider directly and you have already paid the non-participating physician/provider for the service(s), the non-participating physician/provider is obligated to refund any duplicate payment. Contact the non-participating physician/provider directly with questions about any refund. |
| MEMBER PAYS | Total amount you are responsible for paying to the physician/provider.  This includes any applicable NOT COVERED, DEDUCTIBLE, COINSURANCE, and COPAY amount. |
| REMARK CODE(S) | The remark code and its corresponding explanation (which can be found at the bottom of the statement) provide a detailed explanation for the payment or denial for this service. |
| INTEREST | Interest paid as applicable, based upon applicable state and federal laws. |

### New Jersey Notice of Appeal and Grievance Rights

**MEDICAL NECESSITY ISSUES** (Denial of coverage for Medical Necessity reasons) If you disagree with this determination, you, or your designee (with specific written consent from you) may initiate an appeal within one hundred eighty (180) calendar days of the receipt of the Explanation of Benefits setting forth the determination. To initiate the Health Net appeal process, please either call Health Net at 1-888-747-8494 or submit written comments, documents and other information relevant to the appeal to: Health Net, One Far Mill Crossing, P.O. Box 857, CT 110-05-06, Shelton, CT 06484-0857, Attn: Clinical Appeals.
**~INTERNAL & EXTERNAL APPEAL:** Health Net will process your first level appeal within five (5) business days of its receipt. At any level of appeal you have the right to representation by anyone of your choosing. If the denial is upheld at the first level, you may request a second level internal appeal, the process for which will be described in your first level decision letter.  If you are still dissatisfied with Health Net's decision on a second level appeal, you will be afforded the opportunity to have your appeal heard by an external review agency.  The steps you must take to do so will be explained in the second level decision letter.  External appeals are not available to enrollees in workers' compensation, or self-funded plans. Additionally, you have the right to contact the New Jersey Department of Banking and Insurance at 1-609-292-5360 at any time, if you are dissatisfied with Health Net's handling of your issue.
**~EXPEDITED APPEALS:** Health Net will provide an expedited appeal for medical conditions that require urgent care.  You may request such an expedited appeal by calling the appropriate number listed above.  If your condition warrants, Health Net will process your appeal within thirty-six (36) hours.

**GRIEVANCES/COMPLAINTS:** (For complaints for any **reason other than medical necessity** ) If you disagree with this determination, you, or your designee (with specific written consent from you) may initiate a grievance within one hundred eighty (180) calendar days from your receipt of this Explanation of Benefits.  To initiate the Health Net grievance process, please either call Health Net at 1-888-747-8494 or submit written comments, documents and other information relevant to the grievance to the address below.  Health Net will process your grievance within thirty (30) calendar days of its receipt. The written request for a grievance of this determination should be sent to: Health Net, One Far Mill Crossing, P.O. Box 904, CT 110-05-05, Shelton, CT 06484-0860.
You have the right to contact the New Jersey Department of Banking and Insurance at 1-609-292-5360 at any time, if you are dissatisfied with Health Net's handling of your issue.
**~EXPEDITED GRIEVANCES/COMPLAINTS:** Health Net will provide an expedited review where necessary.  You may request such an expedited review by calling the appropriate number listed above.  If your condition warrants, Health Net will process your grievance within thirty-six (36) hours.

**REQUESTS FOR ADDITIONAL INFORMATION:** Please note that the time frames described above will be expanded where Health Net requests additional information that is necessary to decide your appeal.

You have the right to contact the New Jersey Department of Banking and Insurance at 1-609-292-5360 at any time, if you are dissatisfied with Health Net's handling of your issue.

### Denied Claims – Your Rights Under ERISA:

If your claim has been denied, you can find the terms supporting the denial in your evidence of coverage issued to you by Health Net. The applicable guidelines and clinical rationale used in making this decision are available upon request at no charge to you.  If your health coverage is provided through an employer and your employer is not a church or a governmental organization (like a school district, city, state, or board of education) or a union, you may have the right to bring a civil action under Section 502(a) of the Employee Retirement Income Security Act, if all required reviews of your claim have been completed and your claim has not been approved.

COBB000026

V.1 2009

**HealthNet®**
www.healthnet.com
HEALTH NET, INC.
of NEW JERSEY
90 Matawan Road 5th Floor
Matawan, NJ 07747

Page: 4

# EXPLANATION OF BENEFITS

Patient:
Subscriber:
Health Net ID:
Plan:                          Charter POS
Plan Year:          01/01/2010 -12/31/2010
Client Number:                      A29986
Process Date:                   03/04/2010

Claim continued from previous page:

Claim # 20100225077860

| Date(s) of Service | Billed Charges | Not Covered | Reductions | Allowed Charges | Deductible | Coinsurance | Copay | Health Net Paid | Member Pays | Remark Codes |
|---|---|---|---|---|---|---|---|---|---|---|
| Service:  Surgical Services | | | | | | | | | | |
| 02/02/2010 | 2,000.00 | 2,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,000.00 | NX |
| Claims Sub Total | 73,208.00 | 73,208.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 73,208.00 | |
| Total | 73,208.00 | 73,208.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 73,208.00 | |

**Explanation Of Remark Codes**
NX      CHARGE DENIED. PROVIDER IS NOT WITHIN YOUR ASSIGNED NETWORK OF PROVIDERS AN D THE SERVICE IS NOT
        CONSIDERED EMERGENT. PROVIDER MAY BILL YOU.

| Member Deductible to Date | Family Deductible to Date | Member Coinsurance to Date | Family Coinsurance to Date | Health Net Paid to Date |
|---|---|---|---|---|
| 105.00 | 105.00 | 0.00 | 0.00 | 0.00 |

COBB000027



**HealthNet**
www.healthnet.com
HEALTH NET
of N.JW JERSEY, INC.
90 Matawan Road 5th Floor
Matawan, NJ 07747

| Patient: | |
|---|---|
| Subscriber: | |
| Health Net ID: | |
| Plan: | Charter POS |
| Plan Year: | 01/01/2010 - 12/31/2010 |
| Client Number: | A29986 |
| Process Date: | 03/04/2010 |

Page: 3

**EXPLANATION OF BENEFITS**
**THIS IS NOT A BILL - RETAIN FOR PERSONAL TAX AND MEDICAL RECORDS**

Provider Name: Marc A. Cohen, MD
Provider ID: ZI3293
Claim#: 201002025077 8690

| Date(s) of Service | Billed Charges | Not Covered | Reductions | Allowed Charges | Deductible | Coinsurance | Copay | Health Net Paid | Member Pays | Remark Codes |
|---|---|---|---|---|---|---|---|---|---|---|
| Service: Surgical Services | | | | | | | | | | |
| 02/02/2010 | 1,655.00 | 1,655.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,655.00 | NX |
| Service: Surgical Services | | | | | | | | | | |
| 02/02/2010 | 1,297.00 | 1,297.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,297.00 | NX |
| Service: Surgical Services | | | | | | | | | | |
| 02/02/2010 | 29,154.00 | 29,154.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 29,154.00 | NX |
| Service: Surgical Services | | | | | | | | | | |
| 02/02/2010 | 15,344.00 | 15,344.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15,344.00 | NX |
| Service: Surgical Services | | | | | | | | | | |
| 02/02/2010 | 23,758.00 | 23,758.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 23,758.00 | NX |

V.1 2009



COBB000028

PAGE   1

**Health Net®**
www.Healthnet.com
HEALTH NET
of NEW JERSEY, INC.
90 Matawan Road 5th Floor
Matawan, NJ 07747

*Dr. Most*

| | |
|---|---|
| Patient: | |
| Subscriber: | |
| Health Net ID: | |
| Plan: | Charter |
| Plan Year: | 01/01/2010 -12/31/2010 |
| Client Number: | A29986 |
| Process Date: | 05/14/2010 |

620957 F01K 4721 2OZ 5/6 ------ 787

ERIC COBB
128 W WARREN ST
S BOUND BROOK, NJ 08880-1330

### Patient's Responsibility

| | |
|---|---:|
| Deductible: | 0.00 |
| Coinsurance: | 0.00 |
| Copay Amount: | 0.00 |
| Not Covered: | 21,930.00 |
| Provider May Bill You: | 21,930.00 |

### Health Net Paid

| | |
|---|---:|
| Payment Amount: | 0.00 |

---

## Explanation of Benefits
### ~THIS IS NOT A BILL~
### ~RETAIN FOR PERSONAL TAX AND MEDICAL RECORDS~

---

***Go paperless!*** *View this document easily and conveniently on our secure website.  Sign up today at www.healthnet.com and choose to receive email notifications whenever a new Explanation of Benefits is available.  Already registered online?  Simply change your delivery preferences at www.healthnet.com > Manage my account.*

This detail explanation will clarify your payment responsibilities or reimbursement. Please see reverse side for important additional information and telephone numbers.

Questions?
Please contact us at www.healthnet.com or at One Far Mill Crossing P.O. BOX 904 Shelton, CT 06484 or call us at (800) 441-5741.

- If you are covered by more than one carrier for medical benefits, file all claims with each carrier and provide each with information regarding all of the coverage you have.

- If you believe there has been fraud, waste or abuse, in relation to your health coverage, please contact Health Net at **1-800-747-0877**.  All calls will be kept confidential, and you may remain anonymous if you choose.

COBB000043

COBB000044

| CLAIM # | The Health Net reference number assigned to the claim. |
|---|---|
| DATE(S) OF SERVICE | Indicates the date or range of dates on which you received the service. |
| SERVICE | Brief description of the service provided (i.e.; Office Visit) |
| BILLED CHARGES | The full amount billed by the physician or provider for the service. |
| NOT COVERED | Charges that are not covered by the plan, such as: the difference between BILLED CHARGES and ALLOWED CHARGES; the penalty for failing to obtain prior authorization on required services; or services not covered by your Health Net plan.  This portion is your responsibility to pay. |
| REDUCTIONS | An adjustment made by Health Net to the BILLED CHARGES. You are not responsible for this amount. If you are billed for this amount, do not pay the provider – contact Customer Service at the phone number located on the first page of this Explanation of Benefits. |
| ALLOWED CHARGES | Total BILLED CHARGES minus any NOT COVERED charges and REDUCTIONS equals the ALLOWED CHARGES. |
| OTHER INSURANCE | The amount paid by another insurance carrier, if applicable. The OTHER INSURANCE amount is subtracted from the ALLOWED CHARGES and may reduce your payment responsibility. |
| DEDUCTIBLE | Where applicable; the amount that is set by your plan that is your responsibility to pay before Health Net begins to pay benefits. This amount is applied to the yearly deductible.  Please see the bottom of the statement for the individual and family deductible amount met to date. |
| COINSURANCE | Where applicable, the percentage set by your plan of ALLOWED CHARGES that you are responsible for paying. |
| COPAY | Where applicable, the dollar amount set by your plan that you pay a provider or facility. |
| HEALTH NET PAID | The amount paid by Health Net. It is the amount remaining after applicable OTHER INSURANCE, DEDUCTIBLE, COINSURANCE, and COPAY amounts have been subtracted from the ALLOWED CHARGES.  Note:  Health Net may be required to pay a non-participating physician/provider directly.  If Health Net pays the non-participating physician/provider directly and you have already paid the non-participating physician/provider for the service(s), the non-participating physician/provider is obligated to refund any duplicate payment.  Contact the non-participating physician/provider directly with questions about any refund. |
| MEMBER PAYS | Total amount you are responsible for paying to the physician/provider.  This includes any applicable NOT COVERED, DEDUCTIBLE, COINSURANCE, and COPAY amount. |
| REMARK CODE(S) | The remark code and its corresponding explanation (which can be found at the bottom of the statement) provide a detailed explanation for the payment or denial for this service. |
| INTEREST | Interest paid as applicable, based upon applicable state and federal laws. |

## New Jersey Notice of Appeal and Grievance Rights

**MEDICAL NECESSITY ISSUES (Denial of coverage for Medical Necessity reasons)** If you disagree with this determination, you, or your designee (with specific written consent from you) may initiate an appeal within one hundred eighty (180) calendar days of the receipt of the Explanation of Benefits setting forth the determination.  To initiate the Health Net appeal process, please either call Health Net at 1-888-747-8494 or submit written comments, documents and other information relevant to the appeal to: Health Net, One Far Mill Crossing, P.O. Box 857, CT 110-05-06, Shelton, CT 06484-0857, Attn: Clinical Appeals.

**~INTERNAL & EXTERNAL APPEAL:** Health Net will process your first level appeal within five (5) business days of its receipt. At any level of appeal you have the right to representation by anyone of your choosing. If the denial is upheld at the first level, you may request a second level internal appeal, the process for which will be described in your first level decision letter.  If you are still dissatisfied with Health Net's decision on a second level appeal, you will be afforded the opportunity to have your appeal heard by an external review agency.  The steps you must take to do so will be explained in the second level decision letter.  External appeals are not available to enrollees in workers' compensation, or self-funded plans. Additionally, you have the right to contact the New Jersey Department of Banking and Insurance at 1-609-292-5360 at any time, if you are dissatisfied with Health Net's handling of your issue.

**~EXPEDITED APPEALS:** Health Net will provide an expedited appeal for medical conditions that require urgent care.  You may request such an expedited appeal by calling the appropriate number listed above.  If your condition warrants, Health Net will process your appeal within thirty-six (36) hours.

**GRIEVANCES/COMPLAINTS: (For complaints for any reason other than medical necessity )** If you disagree with this determination, you, or your designee (with specific written consent from you) may initiate a grievance within one hundred eighty (180) calendar days from your receipt of this Explanation of Benefits.  To initiate the Health Net grievance process, please either call Health Net at 1-888-747-8494 or submit written comments, documents and other information relevant to the grievance to the address below.  Health Net will process your grievance within thirty (30) calendar days of its receipt. The written request for a grievance of this determination should be sent to: Health Net, One Far Mill Crossing, P.O. Box 904, CT 110-05-05, Shelton, CT 06484-0860.

You have the right to contact the New Jersey Department of Banking and Insurance at 1-609-292-5360 at any time, if you are dissatisfied with Health Net's handling of your issue.

**~EXPEDITED GRIEVANCES/COMPLAINTS:** Health Net will provide an expedited review where necessary.  You may request such an expedited review by calling the appropriate number listed above.  If your condition warrants, Health Net will process your grievance within thirty-six (36) hours.

**REQUESTS FOR ADDITIONAL INFORMATION:** Please note that the time frames described above will be expanded where Health Net requests additional information that is necessary to decide your appeal.

You have the right to contact the New Jersey Department of Banking and Insurance at 1-609-292-5360 at any time, if you are dissatisfied with Health Net's handling of your issue.

## Denied Claims – Your Rights Under ERISA:

If your claim has been denied, you can find the terms supporting the denial in your evidence of coverage issued to you by Health Net. The applicable guidelines and clinical rationale used in making this decision are available upon request at no charge to you.  If your health coverage is provided through an employer and your employer is not a church or a governmental organization (like a school district, city, state, or board of education) or a union, you may have the right to bring a civil action under Section 502(a) of the Employee Retirement Income Security Act, if all required reviews of your claim have been completed and your claim has not been approved.

COBB000045

COBB000046

V.1 2009

**Health Net**
www.Healthnet.com
HEALTH NET
of NEW JERSEY, INC.
90 Matawan Road 5th Floor
Matawan, NJ 07747

Page: 3

Patient:
Subscriber:
Health Net ID:
Plan:                          Charter
Plan Year:          01/01/2010 - 12/31/2010
Client Number:              A29986
Process Date:               05/14/2010

**EXPLANATION OF BENEFITS**
**THIS IS NOT A BILL - RETAIN FOR PERSONAL TAX AND MEDICAL RECORDS**

Provider Name:   Michael D. Most, MD
Provider ID:     ZH11125
Claim#:          201002025268766

| Date(s) of Service | Billed Charges | Not Covered | Reductions | Allowed Charges | Deductible | Coinsurance | Copay | Health Net Paid | Member Pays | Remark Codes |
|---|---|---|---|---|---|---|---|---|---|---|
| Service: Surgical Services | | | | | | | | | | |
| 02/02/2010 | 8,495.00 | 8,495.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,495.00 | NX |
| Service: Surgical Services | | | | | | | | | | |
| 02/02/2010 | 5,900.00 | 5,900.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,900.00 | NX |
| Service: Surgical Services | | | | | | | | | | |
| 02/02/2010 | 7,535.00 | 7,535.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,535.00 | NX |
| Claims Sub Total | 21,930.00 | 21,930.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21,930.00 | |
| Total | 21,930.00 | 21,930.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21,930.00 | |

**Explanation Of Remark Codes**
NX       CHARGE DENIED. PROVIDER IS NOT WITHIN YOUR ASSIGNED NETWORK OF PROVIDERS AND THE SERVICE IS NOT
         CONSIDERED EMERGENT. PROVIDER MAY BILL YOU.

| Member Deductible to Date | Family Deductible to Date | Member Coinsurance to Date | Family Coinsurance to Date | Health Net Paid to Date |
|---|---|---|---|---|
| 164.90 | 164.90 | 0.00 | 0.00 | |



COBB000047

COBB000048



Health Net®
www.HealthNet.com
HEALTH NET
of NEW JERSEY, INC.
90 Matawan Road 5th Floor
Matawan, NJ 07747

Page: 3

Patient:
Subscriber:
Health Net ID:
Plan: Charter POS
Plan Year: 01/01/2010 - 12/31/2010
Client Number: A29986
Process Date: 03/26/2010

# EXPLANATION OF BENEFITS
## THIS IS NOT A BILL - RETAIN FOR PERSONAL TAX AND MEDICAL RECORDS

Provider Name: BERGEN ANESTHESIA & PAIN MGT.
Provider ID: J29724
Claim#: 201002025112083360

Service: Anesthesia Services

| Date(s) of Service | Billed Charges | Not Covered | Reductions | Allowed Charges | Deductible | Coinsurance | Copay | Health Net Paid | Member Pays | Remark Codes |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/02/2010 | 4,950.00 | 0.00 | 0.00 | 4,950.00 | 780.74 | 1,245.38 | 0.00 | 2,923.88 | 2,026.12 | BF OL |
| Claims Sub Total | 4,950.00 | 0.00 | 0.00 | 4,950.00 | 780.74 | 1,245.38 | 0.00 | 2,923.88 | 2,026.12 | |
| Total | 4,950.00 | 0.00 | 0.00 | 4,950.00 | 780.74 | 1,245.38 | 0.00 | 2,923.88 | 2,026.12 | |

Explanation Of Remark Codes
BF   PROVIDER MAY BILL YOU FOR THIS COINSURANCE PERCENTAGE PER YOUR PLAN.
OL   THIS AMOUNT HAS BEEN APPLIED TOWARD YOUR YEARLY DEDUCTIBLE. PROVIDER MAY BILL YOU.

| Member Deductible to Date | Family Deductible to Date | Member Coinsurance to Date | Family Coinsurance to Date | Health Net Paid to Date |
|---|---|---|---|---|
| 1,000.00 | 1,000.00 | 3,000.00 | 3,000.00 | 82,902.04 |

V.1 2009



COBB000013

COBB000014

# REMITTANCE ADVICE

HealthNet
www.healthnet.com

HEALTH NET, INC.
of NEW JERSEY, INC.
980 Meadowlands Road 6th Floor
Matawan, NJ 07747

PAGE 1

| | |
|---|---|
| Payee Name | BERGEN ANESTHESIA & PAIN MGT. |
| Payee Address | PO BOX 135 |
| | ORADELL, NJ 07649-0135 |

| Vendor # | DX00029724 | Process Date | 03/25/2010 |
|---|---|---|---|
| Suffix | 4064 | Bank Code | 0V |
| Payee Tax ID | 331070285 | Payer Tax ID | 223241303 |

Patient Name
Patient Acct #   BB006067
Subscriber Name

| | |
|---|---|
| RNID | |
| Contract | Charter POS |
| Date Rec | 03/09/2010 |
| Claim # | 201002251208360 |

| Check # | |
|---|---|
| Provider # | J29724 |
| | Medicaid |

Type E
NPI 1548195704

| Service Date | Proc Code | Modifier | Units | Billed | Exceeds Standard | Exceeds Standard | Contract Adjustment | Allowed | Deductible | Coinsurance | Copay | Patient Resp | Benefit Payable | Reason Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/02/2010 | 00600 | AA | 18 | 4,950.00 | | 0.00 | 0.00 | 4,950.00 | 780.74 | 1,245.38 | 0.00 | 2,026.12 | 2,923.88 | BF OL |

| CLAIM TOTALS | | | | 4,950.00 | | 0.00 | 0.00 | 4,950.00 | 780.74 | 1,245.38 | 0.00 | 2,026.12 | 2,923.88 | |

Reason Codes:
BF      MEMBER RESPONSIBLE FOR THIS COINSURANCE DOLLAR AMOUNT.
OL      THIS AMOUNT HAS BEEN APPLIED TO THE MEMBER'S YEARLY DEDUCTIBLE - THE MEMBER IS RESPONSIBLE FOR PAYMENT.

| | Billed | Exceeds Standard | Contract Adjustment | Allowed | Deductible | Coinsurance | Copay | Patient Responsibility | Benefit Payable |
|---|---|---|---|---|---|---|---|---|---|
| TOTALS FOR THIS REMIT | 4,950.00 | 0.00 | 0.00 | 4,950.00 | 780.74 | 1,245.36 | 0.00 | 2,026.12 | 2,923.88 |

Remark Codes: A=ADJUSTED; D=DISCOUNT; P=PENALTY; C=CAPITATION; I=PRIME IMPT PMT; W=WITHHOLD

Check / EFT #:    000590236

Check Amt:    2,923.88

Check Date: 03/31/2010

Vendor 0X00029724 Totals          2,923.88

Total Interest:    0.00

If you suspect fraud or abuse please contact the Fraud Hotline at 1(800) 747-0877

For questions, please contact the Provider Call Unit at One Far Mill Crossing P.O. Box 904 Shelton, CT 06484 or call  (800) 438-7886

V.1 2009

