# EXHIBIT E



Health Net of the Northeast, Inc.
One Far Mill Crossing
P.O. Box 904
Shelton, CT 06484-0944

www.healthnet.com

June 14, 2010

The Spine Institute, P.A.
4 Campus Drive, 1S
Parsippany, NJ 07054
Attention: Marc A. Cohen, MD

**Provider # ZI3293**

Re: ▮
Health Net ID #: ▮
Date(s) of Service: February 2, 2010
Provider: Marc A. Cohen, MD

Dear Dr. Cohen:

This letter is in regards to a grievance that you filed dated June 8, 2010, requesting Health Net of New Jersey, Inc. to provide reimbursement for services rendered to ▮ on February 2, 2010. As you are aware, the claim was denied due to subscriber's benefit limitation.

After a review this grievance and the documentation submitted, I have made the determination to uphold the original denial. Per the member's Health Net Benefit Agreement coverage for services rendered by non-participating providers is not a covered benefit; therefore, reimbursement will not be issued for these services.

This determination represents the final decision of Health Net's internal provider grievance process. If you have any questions regarding this letter, please call me at (800) 811-9826, extension 59806.

Sincerely,

Alicia Lorello
Grievance Specialist

Coverage is provided by subsidiaries of Health Net of the Northeast, Inc. and Health Net Life Insurance Co. Coverage may be provided by Health Net of New York, Inc. or Health Net Insurance of New York, Inc. in New York; Health Net of New Jersey, Inc. or Health Net Life Insurance Co. in New Jersey; and Health Net of Connecticut, Inc. or Health Net Life Insurance Co. in Connecticut. Health Net® is a registered service mark of Health Net, Inc. All rights reserved.