# EXHIBIT F

**BERGEN ANESTHESIA AND PAIN MANAGEMENT**
PO BOX 135
ORADELL, NJ 07649
201 342-1205PH#
201 342-1259FX#

April 6, 2010

HEALTHNET
ATTN: APPEALS DEPT          CLAIM # **2010020251208360**
90 MATAWAN ROAD 5TH FL
MATAWAN, NJ 07747

Dear Appeals Dept.,

We are requesting that the attached claim(s) be reviewed and reprocessed for additional payment. We are a nonparticipating provider that provided anesthesia services without any prejudice to our patient and the patient does not have a choice in an anesthesia doctor. The patients are not being held responsible at this point in time until HEALTHNET reviews our request. If HEALTHNET doesn't feel any other payment can be made, we have the right to hold patients responsible for the balance.

Sincerely,

Debra Broking NCICS

Account Manager

RECEIVED
APR 12 2010

DIRS
APR 0 9 2010
RECEIVED

2010 APR -9 AM 11:09

# HealthNet
www.healthnet.com

HEALTH NET
of NEW JERSEY, INC.
90 Matawan Road 5th Floor
Matawan, NJ 07747

**REMITTANCE ADVICE**

PAGE 1

**Payee Name:** BERGEN ANESTHESIA & PAIN MGT.
**Payee Address:** PO BOX 135
ORADELL, NJ 07649-0135

| | |
|---|---|
| Vendor # | 0X00J29724 |
| Suffix | 4084 |
| Payee Tax ID | 331070285 |

| | |
|---|---|
| Process Date | 03/26/2010 |
| Bank Code | 0V |
| Payor Tax ID | 223241303 |

**Patient Name:** ▇▇▇
**Patient Acct #:** BB008867
**Subscriber Name:** ▇▇▇

| | |
|---|---|
| HN ID | ▇▇▇ |
| Contract | Charter POS |
| Date Rec | 03/08/2010 |
| Claim # | 20100325120836O |

| | |
|---|---|
| Check # | |
| Provider # | |
| Medicaid | |

Type E
NPI 1548398704

| Service Date | Proc Code | Modifier | Units | Billed | Exceeds Standard | Contract Adjustment | Allowed | Deductible | Coinsurance | Copay | Patient Responsibility | Patient Resp | Benefit Payable | Reason Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/02/2010 | 00600 | AA | 18 | 4,950.00 | 0.00 | 0.00 | 4,950.00 | 780.74 | 1,245.38 | 0.00 | | 2,026.12 | 2,923.88 | BF OL |

**CLAIM TOTALS** | | | | 4,950.00 | 0.00 | 0.00 | 4,950.00 | 780.74 | 1,245.38 | 0.00 | | 2,026.12 | 2,923.88 |

**Reason Codes:**
BF  MEMBER RESPONSIBLE FOR THIS COINSURANCE DOLLAR AMOUNT.
OL  THIS AMOUNT HAS BEEN APPLIED TO THE MEMBER'S YEARLY DEDUCTIBLE - THE MEMBER IS RESPONSIBLE FOR PAYMENT.

**TOTALS FOR THIS REMIT** | | | | 4,950.00 | 0.00 | 0.00 | 4,950.00 | 780.74 | 1,245.38 | 0.00 | | 2,026.12 | 2,923.88

Remark Codes: A=ADJUSTED; D=DISCOUNT; P=PENALTY; C=CAPITATION; I=PRIME INPT. PMT; W=WITHHOLD

Check / EFT #: 0003603236    Check Amt: 2,923.88    Check Date: 03/31/2010

Vendor 0X00J29724 Totals    2,923.88

Total Interest: 0.00

If you suspect fraud or abuse please contact the Fraud Hotline at 1(800) 747-0877

For questions, please contact the Provider Call Unit at One Far Mill Crossing P.O. Box 904 Shelton, CT 06484 or call (800) 438-7886

V.1 2009



P.O. Box 135
Oradell, New Jersey 07649

ADDRESS SERVICE REQUESTED

$00.44
PITNEY BOWES
APR 07 2010
MAILED FROM ZIP CODE 07601

2010 APR -9 AM 11: 09
RECEIVED

DIRS
APR 0 9 2010
RECEIVED

RECEIVED
APR 12 2010
CDC